UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PATRICIA MONTGOMERY,

        **Plaintiff,**

-vs-                              Case No. 6:05-cv-898-Orl-28JGG

MA, LMFT, LMHC, P.A. BARBARA
COFFEE, BARBARA MAGNUSSON,

        **Defendants.**

## ORDER

This case is before the Court on Joint *Ore Tenus* Motion to Approve Settlement and Dismiss Action. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed March 2, 2006 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The parties' settlement is approved.

3.    This case is dismissed subject to the right of any party to move the Court within sixty (60) days for the purpose of entering a stipulated form of final order or judgment, or on good cause shown, to reopen the case for further proceedings.

4. The Clerk of Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __20__ day of March, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party